DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCIA TURPIN, MICHELLE TURPIN** and **FREDERICK DAULEY,**
Appellants,

v.

**WELLS FARGO BANK, N.A.,** et al,
Appellee.

No. 4D20-1896

[June 24, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. 17-013514 CACE (11).

Larry R. Fleurantin of Fleurantin, Francois & Antonin, P.A., North Miami Beach, for appellants.

Ralph W. Confreda, Jr. and William Grimsley of McGlinchey Stafford, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***